UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CAMPUS JOHNSON, on behalf of himself
and others similarly situated,

              Plaintiffs,

v.

RED ROOSTER HARLEM LLC, AND
MARCUS SAMUELSSON

              Defendants.
-----------------------------------------------------------x

CASE NO. 18-CV-02589 (LTS)

## STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED, pursuant to FRCP 41(a)(1)(a)(ii) that this action has been discontinued and is hereby dismissed without prejudice as to the First and Second Causes of Action and with prejudice as to the remaining causes of action, without costs to any party against any other. This Stipulation may be filed with the Court without further notice to any party or attorneys' fees to any party.

Dated: New York, New York
       May 23, 2018

For the Plaintiff:

JOSEPH & KIRSCHENBAUM LLP

By: _____
   D. Maimon Kirschenbaum
32 Broadway, Suite 601
New York, NY 10004
(212) 688-5640
(212) 688-2548 (fax)

For the Defendants:

FOX ROTHSCHILD LLP

By: _____
   James Lemonedes
101 Park Avenue,
New York, NY 10178
(212) 878-7983
(212) 692-0940(fax

So Ordered: _____
              Hon. Laura T. Swain, U.S.D.J.